1

2          E-FILED 05/02/13

3          JS-6

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   Care First Surgical Center, a California       Case No.: CV 12-08987 PSG (JCx)
     limited liability company,
12                                                   [~~PROPOSED~~] **ORDER DISMISSING**
                              Plaintiff,             **CASE WITH PREJUDICE**
13
          v.
14
     Employee Benefit Plans Committee, In
15   Its Capacity as Administrator of The
     Boeing Company Employee Health
16   Benefit Plan; The Boeing Company
     Employee Health Benefit Plan,
17
                              Defendants.
18

19        Upon the Stipulation of Dismissal with Prejudice signed by the Parties and for

20   good cause shown, the above-captioned matter is DISMISSED with prejudice in its

21   entirety.  Each party shall bear its own attorneys' fees and costs.

22

23   IT IS SO ORDERED:

24

     Date: 05/02          , 2013
25
                              PHILIP S. GUTIERREZ
26                     By: _____
                           The Hon. Philip S. Gutierrez
27                         United States District Judge

28

1022397.1