E-FILED 05/02/13

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Care First Surgical Center, a California limited liability company,<br><br>    Plaintiff,<br><br>  v.<br><br>Employee Benefit Plans Committee, In Its Capacity as Administrator of The Boeing Company Employee Health Benefit Plan; The Boeing Company Employee Health Benefit Plan,<br><br>    Defendants. | Case No.: CV 12-08987 PSG (JCx)<br><br>[~~PROPOSED~~] **ORDER DISMISSING CASE WITH PREJUDICE** |

Upon the Stipulation of Dismissal with Prejudice signed by the Parties and for good cause shown, the above-captioned matter is DISMISSED with prejudice in its entirety. Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED:

Date: 05/02, 2013

By: _____
**PHILIP S. GUTIERREZ**
The Hon. Philip S. Gutierrez
United States District Judge

1022397.1